IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| JAKE EARL HENDRIX, #1415745 | § | |
| VS. | § | CIVIL ACTION NO. 6:15cv925 |
| BRIDGETTE SMALLEY, ET AL. | § | |

ORDER OF DISMISSAL

Plaintiff Jake Earl Hendrix, an inmate previously confined at the Beto Unit of the Texas prison system, filed the present civil rights lawsuit pursuant to 42 U.S.C. § 1983. The complaint was referred to United States Magistrate Judge K. Nicole Mitchell, who issued a Report and Recommendation concluding that the lawsuit should be dismissed. Hendrix has filed objections.

The Report of the Magistrate Judge, which contains her proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by Hendrix to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections raised by Hendrix lack merit. Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the Report and Recommendation (docket entry #39) is **ADOPTED**. It is further

**ORDERED** that the Defendants' motion for summary judgment (docket entry #32) is **GRANTED**. It is further

**ORDERED** that the lawsuit is **DISMISSED** with prejudice. It is finally

**ORDERED** that all motions by either party not previously ruled on are **DENIED**.

**It is SO ORDERED**.

**SIGNED this 29th day of June, 2016.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE